IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON FRENKEL, et al.,           :     CIVIL ACTION
                                :     NO. 10-1687
         Plaintiffs,            :
                                :
    v.                          :
                                :
JOHN P. ACUNTO, JR., et al.,    :
                                :
         Defendants.            :

## J U D G M E N T

**AND NOW**, this **14th** day of **June, 2011**, it is hereby **ORDERED** that, for reasons expressed on the record during the Court's hearing on May 3, 2011, **JUDGMENT** is entered as follows:

(1) in favor of Plaintiff Leon Frenkel and against the Defendants John P. Acunto, Absolute Partners, Inc., and Absolute Pro Studios, Inc., jointly and severally in the amount of $226,818.12 with post-judgment interest at the contract rate and, additional costs and attorneys' fees;

(2) in favor of Plaintiff Leon Frenkel and against the Defendants John P. Acunto and Absolute Partners, Inc., jointly and severally in the amount of $56,868.49 with post-judgment interest pursuant to 42 Pa.C.S. § 8101 and 28 U.S.C. § 1961 and, additional costs and attorneys' fees; and

(3) in favor of Plaintiff Periscope Partners, L.P., and against the Defendant John P. Acunto in the amount of $494,250.00 with post-judgment interest pursuant to 42 Pa.C.S. § 8101 and 28 U.S.C. § 1961 and, additional costs and attorneys' fees.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.



ENTERED
JUN 17 2011
CLERK OF COURT

-2-