2:25-ms-00009

Generated: Feb 14, 2025 10:53AM

Page 1/1

# U.S. District Court

## Nevada None - Las Vegas

Paula Kay

Receipt Date: Feb 14, 2025 10:53AM

Rcpt. No: 200013144 | Trans. Date: Feb 14, 2025 10:53AM | Cashier ID: #JG (6898)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 121 | Registration of Foreign Judgment | : | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $52.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $52.00 |
| Total Tendered: | $52.00 |
| Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.



FILED ____ RECEIVED
ENTERED ____ SERVED ( .
COUNSEL/PARTIES OF RECO...
FEB 14 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY